**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas B. Fitzpatrick, Jr. and Nanette M. Fitzpatrick<br><br>        Debtor(s) | CHAPTER 13<br><br>BKY. NO. 13-14356 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2364

                                                            Respectfully submitted,

                                                            **/s/Thomas Puleo, Esquire**
                                                            Thomas Puleo, Esquire
                                                            Brian C. Nicholas, Esquire
                                                            KML Law Group, P.C.
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106-1532
                                                            (215) 825-6306  FAX (215) 825-6406