UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :    Chapter 13
Thomas B. Fitzpatrick, Jr.                :
Nanette M. Fitzpatrick                    :    Bankruptcy No. 13-14356
                                          :
              Debtor                      :
                                          :

# O R D E R

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of

Replacement Proof of Claim (**Doc. # 50**) filed by **Citizens Bank**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments)

(**Claim No. 1-1**) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.        This Motion is **GRANTED**.

2.        The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 1-1 on the

Claims Register forthwith**.

3.        **Citizens Bank** shall  file redacted copies of the document(s) identified in

Paragraph 2 above **on or before**  April 7, 2017____.

Dated:  March 23, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE