United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas B. Fitzpatrick, Jr.
Nanette M. Fitzpatrick
    Debtors

Case No. 13-14356-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 23, 2017
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
db/jdb     +Thomas B. Fitzpatrick, Jr.,    Nanette M. Fitzpatrick,    1496 Mission Road,    Quakertown, PA 18951-5630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         JEFFREY C. MCCULLOUGH    on behalf of Debtor Thomas B. Fitzpatrick, Jr. jeffmccullough@bondmccullough.com,  mbehrlacher@bondmccullough.com
         JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Nanette M Fitzpatrick jeffmccullough@bondmccullough.com,  mbehrlacher@bondmccullough.com
         JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Thomas B. Fitzpatrick, Jr. jeffmccullough@bondmccullough.com,  mbehrlacher@bondmccullough.com
         JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Nanette M. Fitzpatrick jeffmccullough@bondmccullough.com,  mbehrlacher@bondmccullough.com
         THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER     ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Thomas B. Fitzpatrick, Jr. | : | |
| Nanette M. Fitzpatrick | : | Bankruptcy No. 13-14356 |
| | : | |
| Debtor | : | |
| | : | |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. # 50)** filed by **Citizens Bank**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(Claim No. 1-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 1-1 on the Claims Register forthwith**.

3. **Citizens Bank** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** April 7, 2017.

Dated: March 23, 2017

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE