United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-14356-mdc
Thomas B. Fitzpatrick, Jr.                                          Chapter 13
Nanette M. Fitzpatrick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 2              Date Rcvd: Feb 16, 2018
                               Form ID: 138NEW            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
db/jdb         +Thomas B. Fitzpatrick, Jr.,    Nanette M. Fitzpatrick,    1496 Mission Road,
                 Quakertown, PA 18951-5630
13050674      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    P.O.Box 982235,    El Paso, TX  79998)
13050675       Bank Of America Home Loans,    P.O.Box 5170,    Simi Valley, CA  93062-5170
13079688      +Bank of America,    c/o Andrew F. Gornall, Esq,   701 Market Street, Ste 5000,
                 Phila. PA 19106-1541
13137735       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13050676      +Chase,   P.O.Box 15298,    Wilmington, DE 19850-5298
13050680      +Citizens Auto Finance,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
13054258      +Citizens Bank,    443 Jefferson Blvd,   RJW 135,    Warwick RI 02886-1321
13050681      +Citizens Bank,    1 Citizens Drive,   Riverside, RI 02915-3000
13050682      +Citizens Bank Of Pennsylvania,    RJW214,   P.O.Box 7000,    Providence, RI 02940-7000
13050683      +Comenity Bank,    Bankruptcy Department,    P.O.Box 182273,    Columbus, OH 43218-2273
13080836      +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13050686       GE Capital,    P.O.Box 642111,    Pittsburgh, PA  15264-2111
13050684      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,    Cardmember Service,    P.O.Box 790084,
                 St. Louis, MO  63179-0084)
13050690      +Yellow Pages United,    P.O.Box 53282,    Atlanta, GA 30355-1282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 17 2018 02:44:47     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2018 02:43:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2018 02:44:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 03:11:00
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13050678      +E-mail/Text: egssupportservices@alorica.com Feb 17 2018 02:44:32     CIGPF I Corp.,
                 C/O NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13050677       E-mail/Text: bk.notifications@jpmchase.com Feb 17 2018 02:43:50     Chase Auto Finance,
                 P.O.Box 901076,    Fort Worth, TX  76101-2076
13050679      +E-mail/Text: bankruptcycollections@citadelbanking.com Feb 17 2018 02:45:14     Citadel,
                 P.O.Box 147,   Thorndale, PA 19372-0147
13050685       E-mail/Text: bankruptcy@fult.com Feb 17 2018 02:45:30     Fulton Bank N.A.,    P.O.Box 69,
                 E. Petersburg, PA  17520-0069
13050687       E-mail/Text: bk.notifications@jpmchase.com Feb 17 2018 02:43:50     JP Morgan Chase Bank, NA,
                 Chase Auto Finance,    P.O.Box 29505,   Phoenix, AZ  85038-9505
13162961       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 02:50:23
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13096286       E-mail/Text: bnc-quantum@quantum3group.com Feb 17 2018 02:43:50
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
13050688      +E-mail/Text: dana.mcwherter@servicemaster.com Feb 17 2018 02:44:23
                 Servicemaster Acceptance Company,    c/o Shelly M. Major,    860 Ridge Lake Blvd. D1-4003,
                 Memphis, TN 38120-9434
                                                                                              TOTAL: 12

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13165500*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk, VA 23541)
13107079*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
13050689*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,   P.O.Box 108,    Saint Louis, MO  63166)
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2              User: Antoinett              Page 2 of 2              Date Rcvd: Feb 16, 2018
                                  Form ID: 138NEW              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Nanette M. Fitzpatrick
               jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Thomas B. Fitzpatrick, Jr.
               jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Nanette M Fitzpatrick
               jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Thomas B. Fitzpatrick, Jr.
               jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Thomas B. Fitzpatrick, Jr. and Nanette M. Fitzpatrick

    Debtor(s)

Bankruptcy No: 13−14356−mdc

Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

>900 Market Street
>Suite 400
>Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/16/18

55 − 53
Form 138_new