United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas B. Fitzpatrick, Jr.
Nanette M. Fitzpatrick
    Debtors

Case No. 13-14356-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 26, 2018
                     Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.
db/jdb        +Thomas B. Fitzpatrick, Jr.,    Nanette M. Fitzpatrick,    1496 Mission Road,    Quakertown, PA 18951-5630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        JEFFREY C. MCCULLOUGH    on behalf of Debtor Thomas B. Fitzpatrick, Jr. jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
        JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Nanette M Fitzpatrick jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
        JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Thomas B. Fitzpatrick, Jr. jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
        JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Nanette M. Fitzpatrick jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                              TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Thomas B. Fitzpatrick, Jr. and Nanette M. Fitzpatrick  : Case No. 13–14356–mdc

    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , 26th day of March, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

62
Form 195